```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :    INFORMATION
          - v. -                  :    08 CRIM. 0701 (KMK)
CHRISTOPHER MCLACHLAN,            :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - - x
```



ORIGINAL

U.S. DISTRICT COURT FILED JUL 30 2008 S.D. OF N.Y. W.P.

COUNT ONE

The United States Attorney charges:

1. In or about December 2007, in the Southern District of New York and elsewhere, CHRISTOPHER MCLACHLAN, the defendant, together with others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and object of the conspiracy that CHRISTOPHER MCLACHLAN, the defendant, and others known and unknown, would distribute and possess with intent to distribute a controlled substance, to wit, 100 kilograms and more of marijuana, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

OVERT ACTS

3. In furtherance of the conspiracy and to effect the illegal object thereof, CHRISTOPHER MCLACHLAN, the defendant, committed the following overt act, among others, in the Southern

District of New York:

    a.   On or about December 15, 2007, MCLACHLAN traveled to Millerton, New York to accept delivery of approximately 180 kilograms of marijuana.

    (Title 21, United States Code, Section 846.)

                                             MICHAEL J. GARCIA
                                             United States Attorney