# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,  :

    v.  :

CHRISTOPHER McLACHLAN,  :    **08 CRIM. 0701 (KMK)**
        Defendant.

------------------------------------x

    **CHRISTOPHER McLACHLAN,** the above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(B), and 846 and having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                _____
                                                     Defendant.

                                                       _____
                                                       Counsel for Defendant.

Date:   White Plains, New York
          July 30TH, 2008

